AMERICAN ARBITRATION ASSOCIATION
                         Commercial Arbitration Tribunal

_____

Fantastic Sams Franchise Corporation

              v.                              **Case 01-21-0004-5209**

Jasare, LLC; Basim Abdelnour


_____

### FINAL AWARD

We, THE UNDERSIGNED ARBITRATORS, having been designated in accordance with the Agreement entered into by the parties on or about December 19, 2014, and having been duly sworn and the oral hearings having been waived in accordance with the Rules, and having fully reviewed and considered the written documents submitted to the American Arbitration Association ("AAA") by the Claimant Fantastic Sams Franchise Corporation, with the Respondents Jasare, LLC and Basim Abdelnour having failed to participate after due notice by mail in accordance with the Rules of the American Arbitration Association, and having issued a PARTIAL FINAL AWARD on March 28, 2002, hereby issue this FINAL AWARD as follows:

The PARTIAL FINAL AWARD provided that the Claimant may submit a claim for fees pursuant to Section 13 of the parties' Agreement within 10 days, and that the Respondents could file a response to the Claimant's submission within 21 days following the Claimant's submission.

On or about April 7, 2022, the Claimant submitted to the AAA and served on the Respondents the CLAIMANT'S PETITION FOR COSTS AND FEES. The AAA additionally served on the Respondents the CLAIMANT'S PETITION FOR COSTS AND FEES. The

1

Respondents failed to file any response to the Claimant's submission.

ACCORDINGLY, the Arbitrators hereby hold the following:

As set forth in the PARTIAL FINAL AWARD, the Respondents shall pay to the Claimant the sum of $101,302.

Additionally, as noted in the PARTIAL FINAL AWARD, the Claimant was found to be the successful party under Section 13 of the parties' Agreement, which provides for the award of any costs or other expenses, including attorneys' fees, arbitrators' fees, and costs. As of the date of its Petition, the Claimant incurred $18,612.50 in attorneys' fees. The administrative fees and expenses of the American Arbitration Association totaling $5,500 and the fees and expenses of the Arbitrators totaling $11,465 shall be borne by Respondents. Therefore, Respondents shall pay to Claimant the sum of $16,965.

IT IS THEREFORE ORDERED that the Respondents pay the Claimant a total of $35,577.50 ($18,612.50 in attorneys' fees + $16,965 AAA and arbitrators' fees and expenses).

All payments shall be made within 30 days of the date of this Award.

This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

IT IS SO ORDERED.

Dated:  May 11, 2022

 

 

_____
Bette J. Roth
Arbitrator, Chair of the Panel

B.J. Krintzman
Arbitrator

Timothy J. Bryant
Arbitrator

I, Bette J. Roth, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

Date: May 11, 2022

_____
Bette J. Roth

I, B.J. Krintzman do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

Date: May 11, 2022

_____
B.J. Krintzman

I, Timothy J. Bryant, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

Date: May 11, 2022

_____
Timothy J. Bryant